# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SZ DJI Technology Co., Ltd., et al.,

    *Plaintiffs-Appellants*,

*v.*

U.S. Department of Defense, et al.*,*

    *Defendants-Appellees*.

No: 25-5367

## STATEMENT OF INTENT REGARDING DEFERRED JOINT APPENDIX

Plaintiffs-Appellants SZ DJI Technology Co., Ltd. and SZ DJI Baiwang Technology Co., Ltd. do not intend to use a deferred joint appendix.

Dated: November 3, 2025    Respectfully submitted,

   /s/ *Derek L. Shaffer*

Derek L. Shaffer
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Tel.:  (202) 538-8000
Fax:  (202) 538-8100

Samuel G. Williamson (*pro hac vice*
forthcoming)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Tel.:  (305) 402-4880

Samuel P. Nitze (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

Alex Van Dyke
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
300 West 6th St., Suite 2010
Austin, TX 78701
Tel: (737) 667-6100

Attorneys for Plaintiffs-Appellants

# <u>CERTIFICATE OF SERVICE</u>

I certify that, on November 3, 2025, I served the foregoing document upon all counsel of record by filing a copy of the document with the Clerk through the Court's electronic docketing system.

*/s/ Derek L. Shaffer*

Derek L. Shaffer