# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5367**  **September Term, 2025**

1:24-cv-02970-PLF

Filed On: November 6, 2025

SZ DJI Technology Co., Ltd. and SZ DJI
Baiwang Technology Co., Ltd.,

    Appellants

    v.

United States Department of Defense, et al.,

    Appellees

**BEFORE:** Henderson, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to coordinate and expedite briefing and argument, the response thereto, the reply, and appellants' brief, it is

**ORDERED** that the following remainder of the briefing schedule will apply:

Appellees' Brief                                        December 3, 2025

Reply Brief                                             December 24, 2025

The Clerk is directed to calendar this case for argument on the first appropriate date following the conclusion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43–44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs

and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

BY:   /s/
       Selena R. Gancasz
       Deputy Clerk