# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| *SZ DJI Technology Co., Ltd., et al.,*<br><br>Appellants,<br><br>*v.*<br><br>*U.S. Department of Defense, et al.,*<br><br>Appellees. | No: 25-5367<br><br>**Notice Regarding Briefing and Argument Schedule** |

Plaintiffs-Appellants SZ DJI Technology Co., Ltd. and Shenzhen Dajiang Baiwang Technology Co., Ltd. (collectively, "DJI") respectfully alert the Court to a divergent submission in the related *Hesai Technology Co., Ltd., et al. v. DoD, et al.*, No. 25-5256, appeal currently pending before this Court. There, Plaintiffs-Appellants Hesai Technology Co., Ltd. and Hesai Inc. (together, "Hesai") have, without communicating with DJI, moved to coordinate their oral argument with oral argument in this matter. Hesai's newfound view is perplexing, considering that it delayed its appeal while DJI was expediting this one.

To be sure, this appeal shares certain features with the appeal in the related *Hesai* matter, as DJI has noted. Yet continued expedition of this appeal is uniquely important in a way distinct from Hesai's. Notably, the Government to date has listed Hesai, unlike DJI, under Section 1260H so as simply to retain and carry forward a prior listing, without formulating and issuing a new listing.

DJI alone has made it a priority to brief this matter quickly. It intends to expedite matters further by filing its upcoming reply brief substantially ahead of schedule. And the Court has recognized the warrant for expedition by shortening the briefing schedule and ordering the clerk to schedule "oral argument on the first appropriate date following the conclusion of briefing." Order, *SZ DJI Technology Co.*, No. 25-5367 (D.C. Cir. Nov. 6, 2025).

Hesai by comparison has opted to extend deadlines. Its opening brief was due on November 3, 2025. Consent Motion to Extend Briefing Deadlines at 2, *Hesai Technology Co.*, No. 25-5256 (D.C. Cir. Oct. 27, 2025). A week before its brief was due, however, Hesai moved for a 30-day extension, *id.*, and then took all of the additional days before filing its opening brief. Brief for Hesai Technology Co., *Hesai Technology Co.*, No. 25-5256 (D.C. Cir. Dec. 3, 2025). Five days later, Hesai moved to coordinate briefing by pushing oral argument in this case further into next year. Unopposed Motion to Coordinate Oral Argument, *Hesai Technology Co.*, No. 25-5256 (D.C. Cir. Dec. 8, 2025).

Accordingly, DJI respectfully opposes any delay that may result from making argument in this appeal wait for *Hesai*. If Hesai would like its argument to proceed alongside DJI's, then Hesai should, at a minimum, hasten its reply brief so as to permit argument "on the first appropriate date following the conclusion of briefing"

in this case, as the Court has already ordered. Order, *SZ DJI Technology Co.*, No. 25-5367 (D.C. Cir. Nov. 6, 2025).

Dated: December 11, 2025  Respectfully submitted,

 /s/ *Derek L. Shaffer*
Derek L. Shaffer
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Tel.: (202) 538-8000
Fax: (202) 538-8100

Alex Van Dyke
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
300 West 6th St., Suite 2010
Austin, TX 78701
(737) 667-6100

Attorneys for Plaintiffs-Appellants

# CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

### A. Parties

SZ DJI Baiwang Technology Co., Ltd., SZ DJI Technology Co., Ltd., United States Department of Defense, Peter B. Hegseth, and Michael Cadenazzi are the only parties in this Court; there are no intervenors or *amici*.

### B. The Ruling Under Review

The ruling under review is the Order and Opinion entered in *SZ DJI Technology Co., Ltd. et al. v. U.S. Department of Defense et al.*, No. 1:24-cv-02970-PLF (D.D.C.), on September 26, 2025 (Dkt. Nos. 54, 55), denying Plaintiffs' Motion for Summary Judgment (Dkt. No. 31) and granting Defendants' Cross-Motion for Summary Judgment (Dkt. No. 36).

### C. Related Cases

The related cases is *Hesai Technology Co., Ltd., et al. v. DoD, et al.*, No. 25-5256 (D.C. Cir.).

## CERTIFICATE OF SERVICE

I, Derek L. Shaffer, hereby certify that on this 11th day of December, 2025, a copy of the foregoing document was served by the Court's CM/ECF system. All registered users will receive a copy.

Dated: December 11, 2025         /s/ Derek L. Shaffer