

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Washington, DC 20530

Tel: (202) 353-4895

December 11, 2025

VIA CM/ECF

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue NW
Washington, D.C. 20001

RE:     *SZ DJI Technology Co., Ltd. v. U.S. Department of Defense*,
        No. 25-5367 (D.C. Cir.)

Dear Mr. Cislak:

I am the government attorney with principal responsibility for the above-referenced matter. I am writing to notify the Court that I will be traveling and presenting argument in another court on January 5 and 6, 2026 and will be unavailable to appear for oral argument in this case during that time. Thank you for your consideration.

Sincerely,

*s/ Urja Mittal*
Urja Mittal

cc:     Counsel of Record (via CM/ECF)